IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STANLEY SIMS, JR., | ) | No. C 10-2872  LHK (PR) |
| | ) | |
| Petitioner, | ) | ORDER GRANTING |
| | ) | PETITIONER'S FIRST |
| v. | ) | REQUEST FOR EXTENSION |
| | ) | OF TIME FOR PETITIONER TO |
| D. G. ADAMS, Warden, | ) | PAY FILING FEE |
| | ) | |
| Respondent. | ) | |
| | ) | (Docket No. 10) |

Petitioner, a state prisoner proceeding *pro se*, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Before the Court is Petitioner's first request for extension of time to pay the requisite filing fee in this case.  Petitioner's motion for an extension of time to pay the $5.00 filing fee is GRANTED.

This order terminates docket no. 10.

IT IS SO ORDERED.

DATED:   12/17/2010

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Order Granting Petitioner's First Request for Extension of Time for Petitioner to Pay Filing Fee
P:\PRO-SE\SJ.LHK\HC.10\Sims872.GrantEOT-FilingFee.wpd