IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY SIMS, JR., <br><br> Petitioner, <br><br> v. <br><br> D. G. ADAMS, Warden, <br><br> Respondent. | Case No. C 10-2872 LHK (PR) <br><br> [PROPOSED] ORDER |

    Good cause appearing, Respondent's application for a 60-day enlargement of time within which to file a response to the petition for writ of habeas corpus is GRANTED. The response shall be filed on or before March 11, 2011. Petitioner's traverse or reply shall be filed within 30 days of receipt of the response.

    **IT IS SO ORDERED.**

Dated: 1/11/11

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1