IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STANLEY SIMS, JR., | ) | No. C 10-2872 LHK (PR) |
| Petitioner, | ) | JUDGMENT |
| vs. | ) | |
| D.G. ADAMS, Warden, | ) | |
| Respondent. | ) | |

The Court has dismissed the instant habeas action without prejudice as a second or successive petition. A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 9/29/11

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Judgment
P:\PRO-SE\SJ.LHK\HC.10\Sims872jud.wpd